# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 11, 2010

139429

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SHERMAN MARTINEZ BUGGS,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139429
COA: 279550
Genesee CC: 06-018533-FC

On order of the Court, the application for leave to appeal the July 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2010

_____
Clerk

s0303